# Exhibit A

**Allstate Texas Lloyd's**
A Lloyd's Company
8701 N. Freeport Pkwy. Irving, TX 75063-1908

**AMENDED - 06/23/11**

# Texas HO-A-Plus Homeowners Declarations Page

## Summary    Allstate Classic

| | | |
|---|---|---|
| **NAMED INSURED / MAILING ADDRESS**<br>Ismael &/Or Marta Flores<br>3503 Del Norte St.<br>Mission TX 78574-8686 | **YOUR ALLSTATE AGENT IS:**<br>H Dominguez Agy Inc<br>2005 N Conway #A<br>Mission TX 78572 | **CONTACT YOUR AGENT AT:**<br>(956) 581-8822 |
| **POLICY NUMBER**<br>9 44 191432 04/28 | **POLICY PERIOD**<br>Effective date:  Apr. 28, 2011<br>Expiration date: Apr. 28, 2012<br>at 12:01 A.M. standard time<br>at the location of the Residence Premises/Dwelling | **PREMIUM PERIOD**<br>Apr. 28, 2011 to Apr. 28, 2012<br>at 12:01 A.M. standard time |

**Residence Premises / Dwelling**   3503 Del Norte St.,
Mission, TX 78574-8686

**Addition**

**Lot Block**
2 1/4 MILE NORTH BENTSEN PALM DRIVE LOT #19, DEL NORTE SUBD.

**AGENCY AT**  Mission,TX          **AGENT**  H Dominguez Agy Inc

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $927.85 |
| Recoupment Fee Vol Rural Fire Dept Assistance Prg | $5.96 |
| **TOTAL POLICY PREMIUM** | **$933.81** |

PROP  *51000421106245305206030302*



Information as of
June 23, 2011

**Page 1**
TX070AMD

# Allstate Texas Lloyd's
A Lloyd's Company

| | | |
|---|---|---|
| Policy Number: **9 44 191432 04/28** | Your Agent: | **H Dominguez Agy Inc (956) 581-8822** |
| For Premium Period Effective: **Apr. 28, 2011** | | **Allstate Classic** |

| COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| (Other Coverages, Limits and Exclusions apply - Refer to your Policy) | | |
| **SECTION I   PROPERTY** | | |
| Coverage A.   Dwelling | $179,971 | |
|                Other Structures | $17,997 | |
| Coverage B.   Personal Property | $71,988 | |
|                Personal Property Off Premises | $7,199 | |
| **SECTION II   LIABILITY** | | |
| Coverage C.   Personal Liability (Each Occurrence) | $100,000 | |
| Coverage D.   Medical Payments to Others (Each Person) | $2,000 | |
| Loss of Use Coverage | $35,994 | |
| Limited Fungi, Other Microbes or Rot Remediation | $5,000 | |
| **BASIC PREMIUM** | | **$912.85** |
| Increased Liability Limits Premium | | $9.00 |

| OTHER COVERAGES AND ENDORSEMENTS | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| HO-105 (7-8-92) Residence Glass Coverage | | $6.00 |

| DEDUCTIBLES (SECTION I ONLY) | AMOUNT OF DEDUCTIBLE | DEDUCTIBLE ADJUSTMENT PREMIUM |
|---|---|---|
| Deductible Clause 1.1 - Windstorm and Hail | $1,799.00<br>1.0% | Included |
| Deductible Clause 1.2 - Tropical Cyclone | $3,599.00<br>2.0% | |
| Deductible Clause 2 - All Other Perils | $1,799.00<br>1.0% | Included |

The Deductible Adjustment Premium amount is combined for Deductible Clause 1.1 and Deductible Clause 1.2.

| | | |
|---|---|---|
| | **TOTAL POLICY PREMIUM** | **$933.81** |

(Continued on Next Page)

Information as of June 23, 2011

Page 2

TX070AMD